IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, Individually, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV421-145 |
| 311 WEST CONGRESS, LLC, A Domestic Corporation, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 10.) On November 1, 2021, the Court ordered Plaintiff to file a brief establishing that Plaintiff had standing to pursue his claim under the Americans with Disabilities Act. (Doc. 11.) Plaintiff filed a brief along with an affidavit in which he provides details supporting his claim that he has standing. (Doc. 12; Doc. 12, Attach. 1.) Defendant also responded to the Court's order but takes no position on the issue of Plaintiff's standing in this case. (Doc. 13 at 1.) Accepting Plaintiff's allegations as true and in the absence of opposition from Defendant, the Court finds Plaintiff has alleged facts sufficient to demonstrate standing at this early stage in the litigation.

Having satisfied its jurisdictional concerns, the Court can now address the parties' stipulated dismissal. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff

may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA